USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CARLOS RODRIGUEZ,
DORIS VELEZ
MICHELLE SEDA,

                                      Plaintiff,

            -against-

CECILIO CINTRON, Police Officer;
JANE DOE, Police Officer;
ERIK RODRIGUEZ, Police Officer;
OSCAR DIAZ, Police Officer;
OHMEED DAVODIAN, Police Officer;
PAUL TRAPANI, Police Officer;
FRANKIE RIVERA, Police Officer;
BEVERLY JOHNSON, Parole Officer,

                                      Defendants.
-----------------------------------------------------------------X

**STIPULATION AND ORDER OF PARTIAL DISMISSAL**

10 Civ. 891 (LGS) (RLE)

       **WHEREAS,** plaintiffs Doris Velez and Michelle Seda, and defendants Cecilio Cintron, Erik Rodriguez, Oscar Diaz, Ohmeed Davodian, Paul Trapani and Frankie Rivera have reached a settlement agreement and now desire to resolve all claims raised in this litigation by Velez and Seda, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice as to plaintiffs Doris Velez and Michelle Seda; and

2. Plaintiff Carlos Rodriguez is the sole remaining plaintiff in this matter.

Dated: New York, New York
     10-21, 2013

Doris Velez
*Plaintiff Pro Se*
101 Post Avenue, #4A
New York, New York 10034

By: *[signature]*
DORIZ VELEZ

Michelle Seda
*Plaintiff Pro Se*
101 Post Avenue, #4A
New York, New York 10034

By: *[signature]*
MICHELLE SEDA

Dated: New York, New York
     October 25, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
  *Attorney for Defendants Cecilio Cintron, Erik Rodriguez, Paul Trapani, Oscar Diaz, Ohmeed Davodian and Frankie Rivera*
100 Church Street, Room 3-203b
New York, New York 10007
(212) 356-2377

By: *[signature]*
BRIAN J. FARRAR
Assistant Corporation Counsel

**SO ORDERED**

*[signature]*
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

The Clerk of Court shall mail a copy of this order to all Plaintiffs.