USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

CARLOS RODRIGUEZ,

                            Plaintiff,

      -against-

CECILIO CINTRON, Police Officer;
JANE DOE, Police Officer;
ERIK RODRIGUEZ, Police Officer;
OSCAR DIAZ, Police Officer;
OHMEED DAVODIAN, Police Officer;
PAUL TRAPANI, Police Officer;
FRANKIE RIVERA, Police Officer;
BEVERLY JOHNSON, Parole Officer,

                            Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

10 Civ. 891 (LGS) (RLE)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

          1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Carlos Rodriguez, DIN# 10A4342
*Plaintiff Pro Se*
Attica Correctional Facility
P.O. Box 149
Attica, New York 14011-0149

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants Cecilio Cintron, Erik Rodriguez, Paul Trapani, Oscar Diaz, Ohmeed Davodian and Frankie Rivera*
100 Church Street
New York, New York 10007

_____
Carlos Rodriguez
*Plaintiff pro se*

_____
Brian J. Farrar
*Assistant Corporation Counsel*

Dated: New York, New York
         April_____, 2014

Dated: May 9, 2014

**SO ORDERED**

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2